UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Nos.: 3:13-CR-117-TAV-HBG-1 |
| | ) | 3:16-CV-443-TAV |
| LESTER ALLEN BARNES, | ) | |
| Defendant. | ) | |

## ORDER

This case is before the Court on the Report and Recommendation entered by United States Magistrate Judge H. Bruce Guyton, on August 22, 2016 (the "R&R") [Doc. 78]. In the R&R, Magistrate Judge Guyton recommends that the defendant's Motion to Compel [Doc. 69] be denied. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 78]. The Court hereby **DENIES** the defendant's Motion to Compel [Doc. 69].

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE