UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:13-CR-117-TAV-HBG-1 |
| LESTER ALLEN BARNES, | ) ) | |
| Defendant. | ) ) | |

## **AMENDED JUDGMENT ORDER**

For the reasons discussed in the memorandum opinion and order entered in conjunction with this amended judgment order, defendant's motion for compassionate release [SEALED Doc. 90] is **GRANTED**. Defendant's previously imposed term of 106 months' imprisonment is **REDUCED** to time-served plus fourteen (14) days. The Court notes that the government advised the Court to consider the importance of the Bureau of Prisons isolating defendant for fourteen (14) days prior to his release.

The Court will also impose an additional term of supervised release equal to the unserved portion of the original term of imprisonment, which is set to conclude on May 29, 2022. 18 U.S.C. § 3582(c)(1)(A). All general and specific conditions of release imposed in the original judgment [Doc. 59] apply to this new term of supervised release. Moreover, defendant's original term of supervised release, which was set to begin upon defendant's release from imprisonment, will run consecutively to the term of supervised release imposed herein. Otherwise, that term of supervised release remains unchanged.

As to the term of supervised release imposed herein but not defendant's original term of supervised release, the Court will impose two (2) additional special conditions under 18 U.S.C. § 3583(d):

1.     Given the current COVID-19 pandemic and the high rate of infection at FCI Elkton, if the Bureau of Prisons does not quarantine defendant for fourteen (14) days prior to his release, defendant shall self-quarantine for fourteen (14) days upon arrival at his new residence.

2.     The defendant shall be placed on home detention for a period of twelve (12) months, to commence immediately upon release from the Bureau of Prisons. If the BOP does not quarantine defendant prior to release, he shall be placed on home detention for a period of twelve (12) months, to commence within fourteen (14) days following his fourteen-day self-quarantine. During this time, he shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. He shall maintain a telephone at his place of residence without any "call forwarding," "Caller ID," "call waiting," modems, answering machines, cordless telephones or other special services for the above period. He shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant shall pay for this service.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE